UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **ABUNDANT LIFE CHURCH** § § § | |
| **Plaintiff,** § § | |
| v. § § | Civil Action No. 4:21-cv-00347-ALM |
| **PHILADELPHIA INDEMNITY INSURANCE COMPANY** § § § § | |
| **Defendant.** § | |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff Abundant Life Church and Defendant Philadelphia Indemnity Insurance Company jointly file this Joint Notice of Settlement in Principle and show the following:

The Parties mediated this matter and reached a settlement in principle. They expect to finalize the language of the release in the coming days. Shortly after the settlement is finalized, and within 30 days of the filing of this Notice, the Parties will file a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41.

WHEREFORE, the Parties pray that the Court take notice of the Parties' settlement and take no further action in this matter until such time that the Parties file their Rule 41 Joint Stipulation of Dismissal with Prejudice.

Respectfully submitted,

*/s/ Brenda Owoeye w/ permission*
McClenny Moseley & Associates, PLLC
James M. McClenny
State Bar No. 24091857
J. Zachary Moseley
State Bar No. 24092863
Brenda Owoeye
State Bar No. 24102317
1415 Louisiana St., Suite 2900
Houston, Texas 77002
Principal Office No. 713-334-6121
Facsimile: 713-322-5953
james@mma-pllc.com
zach@mma-pllc.com
brenda@mma-pllc.com
**ATTORNEYS FOR PLAINTIFF**
**ABUNDANT LIFE CHURCH**

- and -

*/s/ Stephen A. Melendi*
Stephen A. Melendi
Texas Bar No. 24041468
stephenm@tbmmlaw.com
Matthew Rigney
Texas Bar No. 24068636
mattr@tbmmlaw.com
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250
Dallas, Texas 75204
Telephone:     214-665-0100
Facsimile:     214-665-0199
**ATTORNEYS FOR DEFENDANT**
**PHILADELPHIA INDEMNITY INSURANCE**
**COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via e-service in accordance with the Federal Rules of Civil Procedure on August 30th, 2021.

                                      */s/ Stephen Melendi*
                                      Stephen A. Melendi