UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ABUNDANT LIFE CHURCH | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 4:21-cv-00347-ALM |
| | § |
| PHILADELPHIA INDEMNITY | § |
| INSURANCE COMPANY | § |
| | § |
| Defendant. | § |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court has taken notice of and accepted Plaintiff Abundant Life Church and Defendant Philadelphia Indemnity Insurance Company's Joint Rule 41 Stipulation of Dismissal with Prejudice (Dkt. #12).

It is, therefore, **ORDERED** that this case is hereby **DISMISSED WITH PREJUDICE** with each party to bear their own costs.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED** this 8th day of October, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE